McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700
Fax: (916) 554-2900
LEO R. MONTENEGRO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone: (415) 977-8943
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. LEEPER,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | Case No. 2:06-CV-2128-MCE-CMK<br><br>**STIPULATION AND ORDER OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case be remanded prior to filing of the Commissioner's answer for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

LEEPER v. CSS
Stip & Order - Sentence Six Rem
2:06-cv-02128-MCE-CMK         **1**

See Melkonyan v. Sullivan, 501 U.S. 89, 101 n.2 (1991); Shalala v. Schaefer, 509 U.S. 292, 297 n.2 (1993).

Remand is necessary because the tape recording of the November 16, 2006 administrative hearing is inaudible and cannot be transcribed. Upon remand by this Court, the Appeals Council will administratively remand the case to an Administrative Law Judge for a de novo administrative hearing.

DATED: January 10, 2007

/s/ Bess M. Brewer (as authorized on January 10, 2007)
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

DATED: January 10, 2007

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: /s/ Bobbie J. Montoya for
LEO R. MONTENEGRO
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
U.S. SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED: January 18, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE